UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LaSHAWN ROBINSON, et al. | : | CIVIL ACTION NO. 3:18-cv-00274 (SRU) |
| | : | |
| v. | : | |
| | : | |
| DIANNA WENTZELL, et al. | : | April 27, 2018 |

## MOTION FOR JUDGMENT ON THE PLEADINGS
## OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

The defendants Dianna Wentzell, Glen Peterson, Allan Taylor, Dannel Malloy and George Jepsen, all sued in their official capacities only (the "state defendants"), respectfully move the Court, pursuant to Fed. R. Civ. P. 12(c), for judgment on the pleadings, or in the alternative for summary judgment under Fed. R. Civ. P. 56.

In support of the motion the state defendants respectfully submit that all their actions at issue in this litigation were taken pursuant to the Connecticut Supreme Court's state constitutional mandate in *Sheff v. O'Neill*, 238 Conn. 1 (1996), and were either approved or ordered by the Connecticut Superior Court pursuant to that mandate. As such, the state defendants' actions were and are taken pursuant to a compelling state interest. Further, based on the state defendants' good faith understanding of the controlling federal law at the time such actions were taken or are being taken, such actions were and are narrowly tailored to address the compelling state interest dictated by the Connecticut courts, whose dictates the state defendants were legally bound to obey.

In further support of this motion the state defendants submit the accompanying memorandum of law and its attachments.

|  |  |
|---|---|
|  | STATE DEFENDANTS |
|  | GEORGE JEPSEN<br>ATTORNEY GENERAL |
| BY: | /s/ Ralph E. Urban<br>Ralph E. Urban<br>Darren P. Cunningham<br>Assistant Attorneys General<br>Federal Bar Nos. ct00349 and ct25380<br>ralph.urban@ct.gov<br>darren.cunningham@ct.gov<br>Office of the Attorney General<br>55 Elm Street, P.O. Box 120<br>Hartford, CT  06141-0120<br>Tel: (860) 808-5210<br>Fax: (860) 808-5385 |

## CERTIFICATION

I hereby certify that on April 27, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Ralph E. Urban
Ralph E. Urban
Assistant Attorney General
Federal Bar No. ct00349