Civil- (Dec-2008)

HONORABLE: Stefan R. Underhill

DEPUTY CLERK R. Jaiman / A. Pincus    RPTR/ECRO/TAPE Sharon Masse

TOTAL TIME: 1 hours 35 minutes

DATE: 10/16/2018    START TIME: 5:00pm    END TIME: 6:35pm
LUNCH RECESS    FROM:    TO:
RECESS (if more than ½ hr)    FROM:    TO:

CIVIL NO. 3:18-cv-274

LaShawn Robinson, et al.            Multiple, appearances on the record
                                    Plaintiff's Counsel
                vs
Dianna Wentzell, et al.             Multiple, appearances on the record
                                    Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ # 34   Motion for Judgment on the Pleadings    ☐ granted ☐ denied ☑ advisement
☑ # 56   Motion for Judgment on the Pleadings    ☐ granted ☐ denied ☑ advisement
☑ # 58   Motion for Judgment on the Pleadings    ☐ granted ☐ denied ☑ advisement
☐ # ___  Motion ___                              ☐ granted ☐ denied ☐ advisement
☐ # ___  Motion ___                              ☐ granted ☐ denied ☐ advisement
☐ # ___  Motion ___                              ☐ granted ☐ denied ☐ advisement
☐ # ___  Motion ___                              ☐ granted ☐ denied ☐ advisement
☐        Oral Motion ___                         ☐ granted ☐ denied ☐ advisement
☐        Oral Motion ___                         ☐ granted ☐ denied ☐ advisement
☐        Oral Motion ___                         ☐ granted ☐ denied ☐ advisement
☐        Oral Motion ___                         ☐ granted ☐ denied ☐ advisement
☐        ☐ Briefs(s) due ___  ☐ Proposed Findings due ___   Response due ___
☐ ......... ___                                   ☐ filed ☐ docketed
☐ ......... ___                                   ☐ filed ☐ docketed
☐ ......... ___                                   ☐ filed ☐ docketed
☐ ......... ___                                   ☐ filed ☐ docketed
☐ ......... ___                                   ☐ filed ☐ docketed
☐ ......... ___                                   ☐ filed ☐ docketed
☐ ......... ___ Hearing continued until ___ at ___

Notes: