THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LASHAWN ROBINSON, *et al.*, <br><br>　　　Plaintiffs, <br><br> v. <br><br> DIANNA WENTZELL, *et al.*, <br><br>　　　Defendants. <br><br> v. <br><br> ELIZABETH HORTON SHEFF, *et al.*, <br><br>　　　Defendants-Intervenors. | No. 3:18-cv-00274 (SRU) |

**DEFENDANT CRAIG STALLINGS'S RESPONSE TO COURT'S REQUEST FOR SUPPLEMENTAL BRIEFING ON THE ISSUE OF PLAINTIFFS' STANDING**

　　In its October 29, 2018 Order, the Court offered the parties the opportunity to brief the issue of the Plaintiffs' standing in this matter.  Order, ECF No. 73.  Defendant Craig Stallings, named in his official capacity as Chairperson of the Hartford Board of Education (hereinafter, the "Hartford Board"), having never raised the issue of standing in prior briefs, respectfully declines to do so here.  Instead, and assuming, *arguendo*, that the Plaintiffs have standing, the Hartford Board reasserts its position that Plaintiffs have failed to state a plausible claim for relief against the Hartford Board and respectfully requests that the Court grant its Motion for Judgment on the Pleadings.  Motion, ECF No. 56.

DATED: November 19, 2018

\\DC - 752988/000001 - 12537432 v1

Respectfully submitted,

CRAIG STALLINGS,

By his attorneys,

*/s/ Natashia Tidwell*
Maree F. Sneed (admitted *pro hac vice*)
Natashia Tidwell (admitted *pro hac vice*)
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
(202) 637-5910 (fax)
maree.sneed@hoganlovells.com
natashia.tidwell@hoganlovells.com


*/s/ Howard G. Rifkin*
Howard G. Rifkin (Federal Bar No. ct29978)
Corporation Counsel
Julia V. Wilde (Federal Bar No. ct30163)
Assistant Corporation Counsel
550 Main Street, Suite 210
Hartford, CT 06103
(860) 757-9700
(860) 722-8114 (fax)
howard.rifkin@hartford.gov
julia.wilde@hartford.gov


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 19, 2018.

*/s/ Natashia Tidwell*
Natashia Tidwell

2

\\DC - 752988/000001 - 12537432 v1