# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LaShawn Robinson, et al., <br><br> Plaintiffs, <br> v. <br><br> Dianna Wentzell, et al., <br><br> Defendants, <br><br> and <br><br> Elizabeth Horton Sheff, et al., <br><br> Intervenor-Defendants. | Civil Action No. 3:18-cv-00274-SRU |

### Joint Notice and Motion for Brief Stay of Discovery

The parties hereby notify the Court about a recent development that may affect this lawsuit.

On January 14, 2020, the Connecticut Superior Court entered a fourth Stipulated Order in the *Sheff v. O'Neill* lawsuit, Conn. Sup. Ct. No. HHD-CV 17-5045066-S. A copy of this "Phase IV Stipulation" is attached to this Notice.

The State Defendants and Intervenors contend that the Phase IV Stipulation resolves the issues before the Court. The State Defendants and Intervenors therefore asked Plaintiffs for a postponement of upcoming discovery deadlines.

Plaintiffs' counsel acknowledge the import of the Phase IV Stipulation but want to carefully consider the terms and discuss the matter with their clients.

- 2 -

Accordingly, the parties jointly request a brief stay of discovery while Plaintiffs consider whether to proceed with this lawsuit.

The parties will meet and confer, and will submit another Joint Notice on or before January 31, 2020 unless the Court sets an earlier deadline.

DATED: January 17, 2020.                              Respectfully submitted,

|  |  |
|---|---|
| /s/ Oliver J. Dunford<br>OLIVER J. DUNFORD<br>  Fla. Bar No. 1017791*<br>  Cal. Bar No. 320143*<br>Pacific Legal Foundation<br>4440 PGA Blvd., Suite 307<br>Palm Beach Gardens, FL 33410<br>561.691.5000<br>ODunford@pacificlegal.org<br><br>JOSHUA P. THOMPSON<br>  Cal. Bar No. 250955*<br>WENCONG FA<br>  Cal. Bar No. 301679*<br>JEREMY TALCOTT<br>  Cal. Bar. No. 311490* | /s/ Darren P. Cunningham (email consent)<br>Darren P. Cunningham (ct25380)<br>Ralph E. Urban (ct00349)<br>State of Connecticut<br>Attorney General's Office<br>55 Elm Street, P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860) 808-5210<br>Fax: (860) 808-5385<br>darren.cunningham@ct.gov<br>ralph.urban@ct.gov<br><br>**Counsel for Defendants** |

| | |
|---|---|
| Pacific Legal Foundation<br>930 G Street<br>Sacramento, CA 95814<br>916.419.7111 – Telephone<br>916.419.7747 – Facsimile<br>JThompson@pacificlegal.org<br>WFa@pacificlegal.org<br>JTalcott@pacificlegal.org<br><br>***Counsel for Plaintiffs***<br><br>　　　　　　　　* *Pro Hac Vice* | */s/ Deuel Ross (email consent)*<br>Deuel Ross<br>Cara McClellan<br>NAACP Legal Defense & Ed. Fund, Inc.<br>40 Rector Street, 5th floor<br>New York, NY 10006<br>Phone: (212) 965-2200<br>dross@naacpldf.org<br>cmcclellan@naacpldf.org<br><br>Martha Stone<br>Center for Children's Advocacy<br>65 Elizabeth Street<br>Hartford, CT 06105<br>Phone: (860) 570-5327<br>mstone@kidscounsel.org<br><br>Sarah Hinger<br>American Civil Liberties Union<br>125 Broad Street<br>New York, NY 10004<br>Phone: (212) 519-7832<br>dparker@aclu.org<br><br>***Counsel for Intervenor-Defendants*** |

## CERTIFICATE OF SERVICE

I certify that, on January 17, 2020 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

| | | |
|---|---|---|
| **Darren P. Cunningham** **Ralph E. Urban** State of Connecticut Attorney General's Office-HTFD 55 Elm Street P.O. Box 120 Hartford, CT 06141-0120 darren.cunningham@ct.gov ralph.urban@ct.gov *Counsel for Defendants* | **Martha Stone** Ctr. for Children's Advocacy, Inc. 65 Elizabeth Street Hartford, CT 06105-2290 mstone@kidscounsel.org *Counsel for Intervenor-Defendants* | **John Z. Morris** **Cara McClellan** **Deuel Ross** 40 Rector Street, 5th Floor New York, NY 10006 zmorris@naacpldf.org cmcclellan@naacpldf.org dross@naacpldf.org *Counsel for Intervenor-Defendants* |
| **Dennis Parker** **Sarah Hinger** American Civil Liberties Union 125 Broad Street 17th Floor New York, NY 10004 dparker@aclu.org shinger@aclu.org *Counsel for Intervenor-Defendants* | | |

                                                *Oliver J. Dunford*
                                                Oliver J. Dunford