## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LaShawn Robinson, et al., <br><br> Plaintiffs, <br> v. <br><br> Dianna Wentzell, et al., <br><br> Defendants, <br><br> and <br><br> Elizabeth Horton Sheff, et al., <br><br> Intervenor-Defendants. | Civil Action No. 3:18-cv-00274-SRU |

### Stipulated Voluntary Dismissal Without Prejudice

In the state-court *Sheff v. O'Neill* litigation, Conn. Sup. Ct. No. HHD-CV 17-5045066-S, the court entered a fourth Stipulated Order ("Phase IV Stipulation"), effective January 10, 2020–June 30, 2022. The terms of the Phase IV Stipulation, as stated, appear to address and resolve Plaintiffs' claims in this action.

Accordingly, all parties to this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate that this action be dismissed without prejudice.

Each party to bear her respective costs and fees.

\* \* \*

DATED: January 29, 2020.                                Respectfully submitted,

| | |
|---|---|
| /s/ Joshua P. Thompson<br>JOSHUA P. THOMPSON<br>   Cal. Bar No. 250955*<br>WENCONG FA<br>   Cal. Bar No. 301679*<br>JEREMY TALCOTT<br>   Cal. Bar. No. 311490*<br>Pacific Legal Foundation<br>930 G Street<br>Sacramento, CA 95814<br>916.419.7111 – Telephone<br>916.419.7747 – Facsimile<br>JThompson@pacificlegal.org<br>WFa@pacificlegal.org<br>JTalcott@pacificlegal.org<br><br>OLIVER J. DUNFORD<br>   Fla. Bar No. 1017791*<br>   Cal. Bar No. 320143*<br>Pacific Legal Foundation<br>4440 PGA Blvd., Suite 307<br>Palm Beach Gardens, FL 33410<br>561.691.5000<br>ODunford@pacificlegal.org<br><br>**Counsel for Plaintiffs**<br><br>                    * *Pro Hac Vice* | /s/ Darren P. Cunningham (email consent)<br>Darren P. Cunningham (ct25380)<br>Ralph E. Urban (ct00349)<br>State of Connecticut<br>Attorney General's Office<br>165 Capitol Avenue<br>Hartford, CT 06106<br>Tel: (860) 808-5210<br>Fax: (860) 808-5385<br>darren.cunningham@ct.gov<br>ralph.urban@ct.gov<br><br>**Counsel for Defendants**<br><br>/s/ Deuel Ross (email consent)<br>Deuel Ross*<br>Cara McClellan*<br>J. Zachery Morris*<br>NAACP Legal Defense & Ed. Fund, Inc.<br>40 Rector Street, 5th floor<br>New York, NY 10006<br>Phone: (212) 965-2200<br>dross@naacpldf.org<br>cmcclellan@naacpldf.org<br><br>Martha Stone<br>Center for Children's Advocacy<br>65 Elizabeth Street<br>Hartford, CT 06105<br>Phone: (860) 570-5327<br>mstone@kidscounsel.org<br><br>Sarah Hinger*<br>American Civil Liberties Union<br>125 Broad Street<br>New York, NY 10004<br>Phone: (212) 519-7832<br>shinger@aclu.org |

|  | Dennis Parker*<br>National Center for Law and Economic Justice<br>275 Seventh Avenue, Suite 1506<br>New York, NY 10001-6860<br>212-633-6967<br>parker@nclej.org<br><br>***Counsel for Intervenor-Defendants***<br><br>*  Pro Hac Vice* |
|---|---|

## CERTIFICATE OF SERVICE

I certify that, on January 29, 2020 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

| | | |
|---|---|---|
| **Darren P. Cunningham** <br> **Ralph E. Urban** <br> State of Connecticut <br> Attorney General's Office <br> 165 Capitol Avenue <br> Hartford, CT 06106 <br> darren.cunningham@ct.gov <br> ralph.urban@ct.gov <br><br> *Counsel for Defendants* | **Martha Stone** <br> Ctr. for Children's Advocacy, Inc. <br> 65 Elizabeth Street <br> Hartford, CT 06105-2290 <br> mstone@kidscounsel.org <br><br> *Counsel for Intervenor-Defendants* | **John Z. Morris** <br> **Cara McClellan** <br> **Deuel Ross** <br> 40 Rector Street, 5th Floor <br> New York, NY 10006 <br> zmorris@naacpldf.org <br> cmcclellan@naacpldf.org <br> dross@naacpldf.org <br><br> *Counsel for Intervenor-Defendants* |
| **Sarah Hinger** <br> American Civil Liberties Union <br> 125 Broad Street <br> 17th Floor <br> New York, NY 10004 <br> shinger@aclu.org <br><br> *Counsel for Intervenor-Defendants* | **Dennis Parker** <br> National Center for Law and Economic Justice <br> 275 Seventh Ave., Ste. 1506 <br> New York, NY 10001-6860 <br> 212-633-6967 <br> parker@nclej.org <br><br> *Counsel for Intervenor-Defendants* | |

                                           */s/ Joshua P. Thompson* <br>
                                              Joshua P. Thompson